UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DUANE KNOWLES,<br><br>    Defendant. | CASE NO. CR14-5395BHS<br><br>ORDER |

This matter comes before the Court on the Defendant's Unopposed Motion to Continue Pretrial Motions Deadline and Trial Date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Defense counsel needs additional time to review and assess voluminous discovery and to research relevant issues and defenses applicable in this case. Additionally, defense counsel has been in trial in unrelated matters during the fall of 2014, and anticipates two more unrelated jury trials in January 2015, which make it reasonable to request additional time to prepare for trial in this matter.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through April 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from February 10, 2015, to April 7, 2015, at 9:00 a.m.; Pretrial Conference is set for March 30, 2015, at 2:30 p.m.; pretrial motions are due by March 3, 2015. The resulting period of delay from December 26, 2014, to April 7, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 31st day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge