UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DUANE KNOWLES,<br><br>Defendant. | NO. CR-14-05395-BHS<br><br>ORDER DENYING MOTION TO CONTINUE TRIAL DATE AND GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THIS MATTER HAVING COME before the undersigned Judge, upon the application of the defendant in this matter for an order continuing the trial date and the pretrial motions deadline, and the court having considered the records and files herein and having found that the defendant has not presented good cause to continue the trial date at this time,

IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is continued from March 3, 2015, to March 17, 2015, and the trial date in this matter remains set for April 7, 2015.

Dated this 3rd day of March, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1