UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ROBERT DUANE KNOWLES,<br><br>           Defendant. | CASE NO. CR14-5395BHS<br><br>ORDER |

This matter comes before the Court on the parties' Agreed Motion to Continue Trial Date and Response Time for Pretrial Motion. The Court, having considered the agreed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

    1. The government needs additional time to prepare a response to Defendant's pretrial motion, and defense counsel needs additional time, due to a trial he is preparing for in King County, which is scheduled to start on March 23, 2015.

    2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

1       3.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

       4.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

       5.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

       6.  Defendant waived speedy trial through May 5, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from April 7, 2015, to May 5, 2015, at 9:00 a.m.; Pretrial Conference is set for April 27, 2015, at 10:00 a.m.; the government's response to Defendant's pretrial motion is due by March 31, 2015.  The resulting period of delay from March 23, 2015, to May 5, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 24th day of March, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2