IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  V.<br><br>ROBERT DUANE KNOWLES,<br><br>      Defendant. | No.  CR-14-05395-BHS<br><br>ORDER TO SEAL |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon application of the defendant, Robert Duane Knowles, for an order to seal the Agreed Motion to Continue Trial Date and Response Time for Pretrial Motions, the court having considered the records and files herein.

IT IS HEREBY ORDERED THAT THE Agreed Motion to Continue Trial Date and Response Time for Pretrial Motions be and remain sealed until further order of this court.

DATED this 24th day of March, 2015.

              _____
              BENJAMIN H. SETTLE
              United States District Judge

Presented by:

*s/ Michael T. Lee*
Michael T. Lee, WSBA # 44192
Attorney for Defendant, Robert Knowles
108 South Washington Street, Suite 200
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206- 388-0780
michael@jhblawyer.com