UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-5395BHS |
| Plaintiff, | |
| | **ORDER TO SEAL** |
| v. | |
| ROBERT DUANE KNOWLES, | |
| Defendant. | |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Opposition To Defendant's Motion To Suppress The Search Of Defendant's Warehouse (Docket Entry No. 39) in this matter be FILED UNDER SEAL because it contains sensitive information, and is not permitted to be made publicly available.

IT IS SO ORDERED.

Dated this 10th day of April, 2015

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
GRADY J. LEUPOLD
Assistant United States Attorney

ORDER TO SEAL/KNOWLES - 1
CAUSE NO. CR14-5395BHS